37800-04093 WCB

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 JUL -8 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MIDSOUTH ORTHOPEDIC ASSOCIATES, P.C. ) ) ) Plaintiff, ) ) v. ) ) REGIONS FINANCIAL ) CORPORATION, ) ) Defendant. ) ) | Civil Action No. 05-2430 **JURY DEMANDED** |

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED upon the Motion for Enlargement of Time of Defendant, Regions Financial Corporation, that Defendant is granted an enlargement of time, up to and including August 4, 2005, within which to move, plead or otherwise respond to Plaintiff's Complaint.

ENTER this the 8th day of July, 2005.

Diane K. Vescovo
~~JUDGE/MAGISTRATE~~
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
    Jerry D. Kizer, Jr.   (BPR #7652)

By: _____
    William C. Bell, Jr.  (BPR #9349)

By: _____
    Kate E. Rhodes   (BPR #22252)

105 S. Highland Avenue
Jackson, TN 38301
(731) 423-2414
Attorneys for Defendant,
Regions Financial Corporation


BAROD & KRAMER, P.C.

By: _____
    Bruce S. Kramer  (TN BPR #7472)

By: _____
    Jason G. Wolfkill  (TN BPR #18962)

80 Monroe Avenue, Suite G-1
Memphis, TN 38103
(901) 524-0200
Attorneys for Plaintiff,
MidSouth Orthopedic Associates, P.C.

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02430 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT