37800-04093 WCB

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 AUG 24 AM 11: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **MIDSOUTH ORTHOPEDIC ASSOCIATES, P.C.**,<br><br>    **Plaintiff and Counter Defendant,**<br><br>v.<br><br>**REGIONS FINANCIAL CORPORATION,**<br><br>    **Defendant and Counter Claimant,**<br><br>v.<br><br>**CINDY TURNER AND LAWRENCE SCHRADER,**<br><br>    **Third Party Defendants.** | Civil Action No. 05-2430<br>**JURY DEMANDED** |

### SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005. Present were Jason Wolfkill, counsel for plaintiff, and Jerry D. Kizer, Jr., counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):   September 8, 2005

JOINING PARTIES:        October 25, 2005

AMENDING PLEADINGS: October 25, 2005

INITIAL MOTIONS TO DISMISS:       December 2, 2005

COMPLETING ALL DISCOVERY:        April 28, 2006

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-24-05



    (a) DOCUMENT PRODUCTION: April 28, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: April 28, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF AND COUNTER DEFENDANT'S RULE 26 EXPERT INFORMATION: January 24, 2006

        (2) DISCLOSURE OF DEFENDANT AND COUNTER CLAIMANT'S RULE 26 EXPERT INFORMATION: February 24, 2006

        (3) DISCLOSURE OF THIRD PARTY DEFENDANT RULE 26 EXPERT INFORMATION: March 24, 2006

        (4) EXPERT WITNESS DEPOSITIONS: April 28, 2006

FILING DISPOSITIVE MOTIONS: May 31, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for **jury** trial, and the trial is expected to last <u>five (5) day(s)</u>. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a

37800-04093 WCB

reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties **have not** consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended. *After the close of discovery, the parties will advise the court if this case is appropriate for ADR & whether court annexed attorney mediation or private mediation shall be conducted.*

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: *August 24, 2005*


Approved for entry:


_____
Attorney for Plaintiff
Midsouth Orthopedic Associates, P.C.



_____
Attorney for Defendant
Regions Financial Corporation

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02430 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT