37800-04093 WCB

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY_____D.C.

05 NOV 28 AM 6: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MIDSOUTH ORTHOPEDIC ASSOCIATES, P.C. | )<br>)<br>) |
| Plaintiff and Counter Defendant, | )<br>) |
| v. | ) Civil Action No. 05-2430<br>) JURY DEMANDED |
| REGIONS FINANCIAL CORPORATION, | )<br>)<br>) |
| Defendant and Counter Claimant. | )<br>)<br>) |
| v. | )<br>) |
| CINDY TURNER and LAWRENCE SCHRADER, | )<br>)<br>) |
| Third Party Defendants. | )<br>)<br>) |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT/COUNTER CLAIMANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED upon the request of Plaintiff/Counter Defendant to Defendant/Counter Claimant for an enlargement of time within which to respond to Defendant/Counter Claimant's First Set of Interrogatories and Request for Production of Documents, and upon good cause shown, that Plaintiff/Counter Defendant is granted an enlargement of time, up to and including November 30, 2005, within which to respond to Defendant/Counter Claimant's First Set of Interrogatories and Request for Production of Documents

ENTER this the 25th day of November, 2005.

_Diane K. Vescovo_
JUDGE/MAGISTRATE
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-28-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02430 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

William C. Bell
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Kate Elizabeth Rhodes
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT